*BAER, J,*
*PART I*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**JUDGE JONES**

KAPLAN, INC. and DF INSTITUTE, INC.
d/b/a KAPLAN SCHWESER,

    Plaintiffs,

v.

OLINTO, LLC; PETER OLINTO; FRANK
STALLA; POFS, LLC d/b/a OLINTO REVIEW;
and CHARTER CONTENT SOLUTIONS, LLC,

    Defendants.

12 CV 3565
Civil Action No.

[~~PROPOSED~~] ORDER TO SEAL

Upon consideration of Plaintiffs Kaplan, Inc. and DF Institute, Inc. d/b/a Kaplan Schweser's (collectively, "Kaplan") Motion to Seal; and

GOOD CAUSE HAVING BEEN SHOWN,

IT IS HEREBY ORDERED that Kaplan's (1) Complaint; (2) Exhibit C to the Complaint, entitled "Asset Purchase Agreement" and executed on December 2, 2011; and (3) Exhibit H to the Complaint, entitled "Agreement" and executed on September 27, 2011 are sealed.

DATED this ___4___ day of ___May___, 2012

_____
United States District Court Judge

*PART I*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/16/12