AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| KAPLAN, INC. and DF Institute, Inc. d/b/a KAPLAN SCHWESER | ) | |
| _Plaintiff_ | ) | Civil Action No. **12 CV 3565** |
| v. | ) | |
| [Added Rider] | ) | |
| _Defendant_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   CHARTER CONTENT SOLUTIONS, LLC
C/O 1600 CNB CORP.
1375 EAST 9TH ST., 20TH FL.
CLEVELAND, OH 44114

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Michelle Mancino Marsh
Aaron D. Johnson
Mimi K. Rupp
KENYON & KENYON LLP
One Broadway
New York, NY 10004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK

CLERK OF COURT

Date: MAY 0 4 2012 _____

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   CHARTER CONTENT SOLUTIONS, LLC c/o 1600 CNB Corp.

was received by me on *(date)*   May 11, 2012   .

☒ I personally served the summons on the individual at *(place)*   Kohrman, Jackson & Krantz, served upon

Christopher Hubbard, Partner @ 5:25 p.m.   on *(date)*   May 11, 2012   ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   May 11, 2012

*Server's signature*

Roman Holyk, Process Server
*Printed name and title*

Rennillo Deposition & Discovery - A Veritext Company
1301 E. 9th St., Suite 100
Cleveland, OH 44114
*Server's address*

Additional information regarding attempted service, etc:
Christopher Hubbard: white male, 40's, 5'9", 165 lbs, no glasses

Documents served with Summons & Complaint:
Plaintiffs' Rule 7.1 Statement; Civil Cover Sheet; Exhibit A
Declaration of Mimi K. Rupp; Declaration of Mimi K. Rupp - Exhibits A and B
Proposed Order to Show Cause; Order to Show Cause for PI
Individual Practices of Judge Barbara S. Jones;  Individual Practices of Mag. Judge
Gorenstein;  SDNY ECF Rules and Instructions; Motion to Seal; Proposed Order
to Seal; Motion to Seal re TRO; TRO Memo of
Law; Declaration of Andrew C. Temte (REDACTED);
Declaration of Andrew C. Temte - Exhibits B-L

Subscribed and sworn to before me this
14th day of May, 2012.

Notary Public
My Commission Expires: 6/28/1

<u>Added Rider for Summons</u>

The complete caption for this action is:

> KAPLAN, INC. and DF INSTITUTE, INC.
> d/b/a/ KAPLAN SCHWESER,
>
>      Plaintiffs,
>
>      v.
>
> OLINTO, LLC; PETER OLINTO; FRANK
> STALLA; POFS, LLC d/b/a OLINTO REVIEW;
> and CHARTER CONTENT SOLUTIONS, LLC,
>
>      Defendants.