AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

JUDGE JONES

| | |
|---|---|
| KAPLAN, INC. and DF Institute, Inc. d/b/a KAPLAN SCHWESER <br> *Plaintiff* <br> v. <br> [Added Rider] <br> *Defendant* | ) ) ) ) ) ) ) ) Civil Action No.  12 CV 3565 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Frank Stalla
5211 PUTNEY
BALTIMORE, MD 21212-3501

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Michelle Mancino Marsh
Aaron D. Johnson
Mimi K. Rupp
KENYON & KENYON LLP
One Broadway
New York, NY 10004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK

CLERK OF COURT

Date: MAY 0 4 2012

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Frank Stalla
was received by me on *(date)*    5/13/2012  .

☒ I personally served the summons on the individual at *(place)*    5211 Putney Way
Baltimore, MD 21212    on *(date)*    5/13/2012    ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00  .

I declare under penalty of perjury that this information is true.

Date: 5-14-12

Notarized by: Sharon E. O'Brien
*Sharon E. O'Brien*
expires: 12-15-14

*[Notary seal: Sharon E. O'Brien, Notary Public, Harford County, MD]*

*Server's signature*

Andrew S. Reynolds
*Printed name and title*

10 Airway Circle, Apt. 3A, Towson, MD 21286
*Server's address*

Additional information regarding attempted service, etc: Mr. Stalla's physical description is as follows: White, Male, 35 - 40 years of age, 5'10", 175lbs., Short Black Hair, No Glasses.
I came to the location at 5211 Putney Way, Baltimore, MD 21212 on 5/13/2012 at 1:00pm. I knocked on the door and Mr. Stalla came to the door and identified himself. I told him that I had some legal documents for him and he accepted without incident.

Attachment A:

Documents Served:

Plaintiffs' Rule 7.1 Statement, Summons - Mr. Frank Stalla, Kaplan v. Olinto - Civil Cover Sheet, Complaint - Exhibits (REDACTED,) Complaint (REDACTED,) Kaplan v. Olinto - Declaration of Mimi K. Rupp - Exhibits A and B, Kaplan v. Olinto - Proposed Order to Show Cause, Kaplan v. Olinto - Order to Show Cause for PI, Kaplan v. Olinto - Individual Practices of Judge Barbara S. Jones, Kaplan v. Olinto - Individual Practices of Mag. Judge Gorenstein, Kaplan v. Olinto - SDNY ECF Rules and Instructions, Kaplan v. Olinto - Motion to Seal, Kaplan v. Olinto - Proposed Order to Seal, Kaplan v. Olinto - Motion to Seal re TRO, Kaplan v. Olinto - Proposed Order to Seal, Kaplan v. Olinto - TRO Memo of Law, Kaplan v. Olinto - Declaration of Andrew C. Temte (REDACTED,) Kaplan v. Olinto - Declaration of Andrew C. Temte - Exhibits B-L, Kaplan v. Olinto - Declaration of Mimi K. Rupp.

I declare under penalty of perjury that this information is true.

Date: 5-14-12

Notarized By: Sharon E. O'Brien
*Sharon E. O'Brien*
expires: 12-15-14

*[Notary Seal: Sharon E. O'Brien, Notary Public, Harford County, MD]*

_____
Server Signature

Andrew S. Reynolds
Printed Name & Title

10 Airway Circle, Apt. 3A, Towson, MD 21286
Server's address

<u>Added Rider for Summons</u>

The complete caption for this action is:

       KAPLAN, INC. and DF INSTITUTE, INC.
       d/b/a/ KAPLAN SCHWESER,

              Plaintiffs,

              v.

       OLINTO, LLC; PETER OLINTO; FRANK
       STALLA; POFS, LLC d/b/a OLINTO REVIEW;
       and CHARTER CONTENT SOLUTIONS, LLC,

              Defendants.