# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| KAPLAN, INC. and DF INSTITUTE, INC. d/b/a KAPLAN SCHWESER, | |
| Plaintiffs, | Civil Action No. 1:12-cv-3565-BSJ |
| v. | |
| OLINTO, LLC; PETER OLINTO; FRANK STALLA; POFS, LLC d/b/a OLINTO REVIEW; and CHARTER CONTENT SOLUTIONS, LLC, | |
| Defendants. | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/11/12

## [PROPOSED] REVISED SCHEDULING ORDER

The following revised scheduling order, consented and agreed to by the parties, is hereby granted and adopted:

| DESCRIPTION | Agreed |
|---|---|
| Defendants' letter to the Court regarding the agreed-upon disclaimer language | June 14, 2012 |
| Defendants' Answer to the Complaint | June 15, 2012 |
| Defendants' review of the May 11, 2012 email and subsequent communication to Kaplan regarding its position with respect to any alleged misrepresentation and use of the name "Stalla" | June 19, 2012 |
| Parties' joint letter to the Court regarding any agreements or disputes concerning the May 11, 2012 email | June 15, 2012 |
| Defendants' report to the Court and Kaplan regarding its review of the 126 review questions | June 15, 2012 |
| Defendants' production of the questions intended to be used in Defendants' CFA review course to Kaplan | June 20, 2012 |
| Defendants' letter brief to the Court concerning whether the STALLA mark has been abandoned | June 19, 2012 |
| Kaplan's opposition letter brief | June 27, 2012 |
| Defendants' reply letter brief | July 3, 2012 |
| Kaplan's supplemental PI brief | June 19, 2012 |
| Defendants' opposition brief | June 27, 2012 |
| Kaplan's reply brief | July 3, 2012 |
| Preliminary Injunction hearing | July 9, 2012 |

**SO ORDERED:**

Dated: 6-11-12
New York, New York

*Barbara S. Jones*
Honorable Barbara S. Jones, United States District Judge