UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAPLAN, INC. and DF INSTITUTE, INC. d/b/a
KAPLAN SCHWESER,

    Plaintiffs,

v.

OLINTO, LLC; PETER OLINTO; FRANK
STALLA; POFS, LLC d/b/a OLINTO REVIEW;
and CHARTER CONTENT SOLUTIONS, LLC,

    Defendants.

Civil Action No. 1:12-cv-3565-BSJ

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/19/12

**[~~PROPOSED~~] REVISED SCHEDULING ORDER**

The following revised scheduling order, consented and agreed to by the parties, is hereby granted and adopted:

| DESCRIPTION | Agreed |
|---|---|
| Defendants' letter to the Court regarding the agreed-upon disclaimer language | June 21, 2012 |
| Defendants' Answer to the Complaint | June 22, 2012 |
| Defendants' review of the May 11, 2012 email and subsequent communication to Kaplan regarding its position with respect to any alleged misrepresentation and use of the name "Stalla" | June 26, 2012 |
| Parties' joint letter to the Court regarding any agreements or disputes concerning the May 11, 2012 email | June 22, 2012 |
| Defendants' report to the Court and Kaplan regarding its review of the 126 review questions | June 22, 2012 |
| Defendants' production of the questions intended to be used in Defendants' CFA review course to Kaplan | June 27, 2012 |
| Defendants' letter brief to the Court concerning whether the STALLA mark has been abandoned | June 26, 2012 |
| Kaplan's opposition letter brief | July 5, 2012 |
| Defendants' reply letter brief | July 10, 2012 |
| Kaplan's supplemental PI brief | June 26, 2012 |
| Defendants' opposition brief | July 5, 2012 |
| Kaplan's reply brief | July 10, 2012 |
| Preliminary Injunction hearing | July 16, 2012 |

SO ORDERED:

Dated: 6-15-12
New York, New York

Honorable Barbara S. Jones, United States District Judge