Jones, J

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KAPLAN, INC. and DF INSTITUTE, INC.
d/b/a KAPLAN SCHWESER,

          Plaintiffs,

v.

OLINTO, LLC; PETER OLINTO; FRANK
STALLA; POFS, LLC d/b/a OLINTO REVIEW;
and CHARTER CONTENT SOLUTIONS, LLC,

          Defendants.

Civil Action No. 1:12-cv-3565-BSJ

---

## STIPULATION FOR DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed that all claims between Plaintiffs and Defendants are DISMISSED WITH PREJUDICE. Each party shall bear their own costs and attorneys' fees incurred in this action.

A proposed Order of Dismissal With Prejudice is submitted herewith.

IT IS SO STIPULATED:

June 26, 2012

**KENYON & KENYON LLP**

_Attorneys for Plaintiffs_

Michelle Mancino Marsh (MM 1494)
One Broadway
New York, New York 10004

Mimi K. Rupp (MR 0007)
1801 Page Mill Road, Suite 210
Palo Alto, CA 94304

June 2, 2012

**CARTER LEDYARD & MILBURN LLP**

_Attorneys for Defendants_

Rose Auslander
Judith Lockhart
Two Wall Street
New York, New York 10005

Of Counsel:
**KOHRMAN JACKSON & KRANTZ PLL**

Kevin T. O' Connor
Mary K. Whitmer
David R. Posteraro

One Cleveland Center, 20th Floor
1375 East Ninth Street
Cleveland, Ohio 44114

**SO ORDERED:**

_____
U.S.D.J.

6-26-12